IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC -9 P 2: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr279-B |
| | ) | (18 U.S.C. 641) |
| KWAME D. PATRICK | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 11th day of August 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **KWAME D. PATRICK** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*NF*
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA         )
                         )        **AFFIDAVIT**
COUNTY OF MONTGOMERY     )

The undersigned, being first duly sworn, deposes and says:

    I, TSgt RANDALL L. CUNNINGHAM, am a member of the Security Forces on Maxwell Air Force Base. On or about 11 August 2005, I was called to the Army Air Force Exchange (AAFES) at Maxwell Air Force Base by the store detective. I observed, on videotape, **KWAME D. PATRICK** steal a pair of shoes by putting them on his feet and then leaving the store without paying for them. After rights advisement, PATRICK asserted in a written statement that he had tried on the pair of Nike Air Force Ones and had forgotten that he had them on before exiting the store. PATRICK's sponsor, Avory Heningburg, stated that she thought that he had decided not to purchase the shoes. The shoes were valued at $75.00.

                                                          RANDALL L. CUNNINGHAM, TSgt, USAF

Subscribed and sworn to before me this 15th day of November, 2005.

Notary Public
My commission expires

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS