**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CR. No.: 2:05cr279-DRB** |
| | **)** | |
| **KWAME D. PATRICK** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**<ins>NOTICE OF APPEARANCE</ins>**

    **COMES NOW**,  Judy B. Van Heest of the law firm Beers, Anderson, Jackson, Patty & Van Heest. P.C. and hereby gives notice to her appearance in this matter as counsel on behalf of the Defendant. All notices and orders should be forwarded to the address listed below.

    Respectfully submitted this 24th day of February, 2006.


                   s/ Judy B.Van Heest
                   **JUDY B. VAN HEEST [LAN062]**
                   **Attorney for Defendant Kwame D.  Patrick**


**Of Counsel:**
BEERS, ANDERSON, JACKSON,
  PATTY, & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311       Telephone
(334) 834-5362       Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin L.  Butler
First Assistant Federal Defender
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Al 36104

Kent B. Brunson
U.S. Attorney's Office
PO Box 179
Montgomery, Al 36101-0197

Neal B. Frazier, Esq.
Air University Legal
HO AU/JA
50 LeMay Plaza South
Maxwell AFB, Al 36112-6334

s/ Judy B. Van Heest
**Of Counsel**