IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. No.: 2:05cr279-DRB |
| ) | |
| KWAME D. PATRICK ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

**COMES NOW**, the Defendant, Kwame Patrick (hereinafter "Patrick"), by and through undersigned Counsel, and moves this Honorable Court to issue an Order continuing the trial of this matter currently set for March 20, 2006 to the term beginning May 15, 2006. As grounds, Mr. Patrick would state as follows:

1. This matter is set for a final adjudication on March 20, 2006.

2. Patrick's mother was hospitalized for a number of days during the last two weeks. She has been diagnosed with an infection in her stomach and throat, which is affecting her head and may be moving into the pericardial area surrounding her heart. Initially, she was diagnosed as having a heart problem and/or pneumonia. She has been temporarily released from the hospital. Mrs. Patrick will be a witness in the trial of this case. Her testimony is necessary and vital to Patrick's defense.

3. Undersigned Counsel had surgery on February 21, 2006 to relieve pressure being exerted on a number of herniated disks in her thoracic spine. On March 6, 2006, her doctor ordered her returned to bed rest for a period of one week. The undersigned will either be on bed rest or be

given very limited work restrictions (no more than two hours per day) for the following week. The prognosis and extent of the work restrictions may last a month, the limited restrictions of lifting under five pounds will last for two more months. The medical restrictions will not allow undersigned Counsel sufficient time to prepare for the March 20, 2006 trial date. The medical restrictions will also not allow Counsel sufficient time to review the evidence and meet with the prosecution regarding possible alternatives to trial.

4.  Counsel for the government, specifically, Special Assistant United States Attorney Captain Neal Frazier, does not oppose this DEFENDANT'S UNOPPOSED MOTION TO CONTINUE. Additionally, Assistant United States Attorney Kent Brunson is unopposed to DEFENDANT'S UNOPPOSED MOTION TO CONTINUE.

5.  This DEFENDANT'S UNOPPOSED MOTION TO CONTINUE will not prejudice either party, but will allow a material witness and Counsel for Patrick to recover and properly prepare for any trial in this matter.

6.  The next calendared trial date is May 15, 2006. Counsel for the government has indicated he has other cases pending during that trial term and does not oppose the motion allowing this case to be heard during that trial term.

7.  Patrick has been advised of the Speedy Trial Act and that by the filing of this DEFENDANT'S UNOPPOSED MOTION TO CONTINUE he knowingly waives his rights under the Speedy Trial Act should the resetting of the trial of this case violate the terms of said act. Patrick is willing to sign such Waiver of the Speedy Trial Act as may be needed by the Court should the Court so require.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Patrick prays this Honorable

Court will grant his DEFENDANT'S UNOPPOSED MOTION TO CONTINUE the trial of this matter set for March 20, 2006.

       **RESPECTFULLY SUBMITTED** this the 8th day of March, 2006.

                                      s/ Judy B.Van Heest
                                      **JUDY B. VAN HEEST [VANHJ8345]**
                                      **Attorney for Defendant Kwame D. Patrick**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311     Telephone
(334) 834-5362     Facsimile
jvanheest@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO CONTINUE has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin L. Butler
First Assistant Federal Defender
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Al 36104

Kent B. Brunson
U.S. Attorney's Office
PO Box 197
Montgomery, Al 36101-0197

Capt. Neal B. Frazier
Air University Legal
HO AU/JA
50 LeMay Plaza South
Maxwell AFB, Al 36112-6334

on this, the 8th day of March, 2006.

s/ Judy B. Van Heest
**OF COUNSEL**