IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. No.: 2:05cr279-DRB |
| ) | |
| KWAME D. PATRICK ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter coming to be heard on the Defendant, Kwame Patrick's DEFENDANT'S UNOPPOSED MOTION TO CONTINUE, which is unopposed by the Prosecution, having considered same, and for good cause shown, the Court finds that the Motion is due to be **GRANTED**. It is therefore

**ORDERED, ADJUDGED,** and **DECREED** that the trial on this matter currently set for March 20, 2006 be continued until the next criminal trial term beginning May 15, 2006.

**DONE** this the _____ day of March, 2006.

HONORABLE DELORES R. BOYD
U. S. Magistrate Judge for
The Middle District of Alabama

cc:  Judy B. Van Heest, Esq.
     Kevin L. Butler, Esq.
     Kent B. Brunson, Esq.
     Capt. Neal B. Frazier, Esq.