IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:05cr279-DRB |
| | ) |
| KWAME D. PATRICK | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel, Kevin L. Butler, and files his Motion to Withdraw as Counsel. In support of this motion, counsel states that Judy Van Heest, Esquire has been retained to represent Ms. Patrick in the above-styled cause.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr279-DRB |
| | ) | |
| KWAME D. PATRICK | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Capt. Neal Frazier, Esquire
Special Assistant United States Attorney
Maxwell AFB, Alabama

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138