IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-00279-DRB |
| | ) | WO |
| KWAME D. PATRICK | ) | |

## ORDER ON MOTION

Pursuant to the *Notice of Appearance* filed by Atty. Judy B. Van Heest on February 24, 2006 (Doc. 9), it is

**ORDERED** that the *Motion to Withdraw as Counsel* filed by Assistant Federal Defender Kevin Butler on March 17, 2006 (Doc. 13), is hereby **GRANTED**. Accordingly, the clerk is ORDERED to designate Atty. Judy B. Van Heest as the counsel of record for Defendant Patrick.

DONE this 20th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE