IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. No.: 2:05cr279-DRB |
| | ) | |
| KWAME D. PATRICK | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE

**COMES NOW**, the Defendant, Kwame Patrick, by and through undersigned Counsel, and moves this Honorable Court to continue the trial of this matter currently set for the term beginning May 15, 2006. As grounds therefore, the Defendant would state as follows:

1. This matter is currently set for a final adjudication on May 15, 2006.

2. On March 13, 2006, this matter was continued to the May 15, 2006 trial term due to Defendant's Counsel's medical condition and very limited work restrictions, as well as the hospitalization and health condition of the Defendant's mother, Mrs. Janice Patrick, a vital witness to the Defendant's defense.

3. Since said continuance, Defendant's Counsel has reviewed evidence and has considered alternatives to trial which included a Pretrial Diversion request.

4. Defendant's Counsel submitted a Pretrial Diversion Request on April 3, 2006. Since then, additional information has been requested by the government. The supplemental Pretrial Diversion request is expected to be completed and submitted before the May 15, 2006 trial date. Once submitted, it is expected to result in the approval of the diversion request. Said continuance

will allow sufficient time for the Defendant's Counsel to complete the Pretrial Diversion process on behalf of the Defendant.

5.  Counsel for the Plaintiff, Special Assistant United States Attorney Captain Neal Frazier and Assistant United States Attorney Kent Brunson, do not oppose this Motion to Continue.

6.  The continuance of this matter to the next trial term will not prejudice either party, but will allow sufficient time for the Pretrial Diversion process to be completed.

7.  Defendant has been advised of the Speedy Trial Act and that by the filing of this motion he knowingly waives his rights under the Speedy Trial Act should the resetting of the trial of this case violate the terms of said act.  Should the Court so require, Defendant is willing to sign such Waiver of the Speedy Trial Act.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Kwame Patrick prays this Honorable Court will issue an Order granting his Motion to Continue the trial of this matter currently set for May 15, 2006, to the next trial term.

**RESPECTFULLY SUBMITTED** this the 5th day of May, 2006.

s/ Judy B.Van Heest
**JUDY B. VAN HEEST [VANHJ8345]**
**Attorney for Defendant Kwame D. Patrick**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311   Telephone
(334) 834-5362   Facsimile
jvanheest@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE** has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
U.S. Attorney's Office
PO Box 197
Montgomery, Al 36101-0197

Capt. Neal B. Frazier
Air University Legal
HO AU/JA
50 LeMay Plaza South
Maxwell AFB, Al 36112-6334

on this, the 5th day of May, 2006.

s/ Judy B. Van Heest
**OF COUNSEL**