IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CR. No.: 2:05cr279-DRB** |
| | ) | |
| **KWAME D. PATRICK** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter coming to be heard on Defendant Kwame Patrick's Unopposed Motion to Continue the trial of this matter currently set for May 15, 2006. Having considered same and for good cause shown, the Court finds that the Motion is due to be **GRANTED**. It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED** that the trial on this matter currently set for May 15, 2006 be continued until the next criminal trial term.

**DONE** this the ____ day of May, 2006.

_____
**HONORABLE DELORES R. BOYD**
U. S. Magistrate Judge for
The Middle District of Alabama

cc:   Judy B. Van Heest, Esq.
      Kent B. Brunson, Esq.
      Capt. Neal B. Frazier, Esq.