IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. No.: 2:05cr279-DRB |
| | ) | |
| KWAME D. PATRICK | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE**

**COMES NOW**, the Defendant, Kwame Patrick, by and through undersigned Counsel, and moves this Honorable Court to continue the trial of the above-captioned case set for the term beginning July 17, 2006. As grounds therefore, Mr. Patrick would state as follows:

1. This case is set for a final adjudication on July 17, 2006.

2. A Pre-Trial Diversion investigation is being completed by Pre-Trial Services. This investigation is not complete. Pre-Trial Services is in the process of completing the investigation and preparing a formal report.

3. A continuance of the July 17, 2006 trial date will allow Pre-Trial Services to complete its investigation. A continuance of the trial of this case will save this Honorable Court and the parties undue expense.

3. Counsel for the Plaintiff, Special Assistant United States Attorney Captain Neal Frazier and Assistant United States Attorney Kent Brunson, do not oppose this Motion to Continue.

4. The continuance of this trial to the next trial term will not prejudice either party, but

will allow sufficient time for the Pre-trial Diversion process to be completed. The next trial term for the Court is September 11, 2006.

5. Defendant has been advised of the Speedy Trial Act and that by the filing of this motion he knowingly waives his rights under the Speedy Trial Act should the resetting of the trial of this case violate the terms of said Act. Should the Court so require, Defendant is willing to sign such Waiver of the Speedy Trial Act.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Kwame Patrick prays this Honorable Court will issue an Order granting his Motion to Continue the trial of this matter currently set for July 17, 2006, to the next trial term.

**RESPECTFULLY SUBMITTED** this the 13th day of July, 2006.

s/ Judy B.Van Heest
**JUDY B. VAN HEEST [VANHJ8345]**
**Attorney for Defendant Kwame D. Patrick**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311       Telephone
(334) 834-5362       Facsimile
**jvanheest@beersanderson.com**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE** has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

| | |
|---|---|
| Capt. Neal B. Frazier | Kent B. Brunson, Esq. |
| Air University Legal | Assistant United States Attorney |
| HO AU/JA | United States Attorneys Office |
| 50 LeMay Plaza South | Post Office Box 197 |
| Maxwell AFB, Al 36112-6334 | Montgomery, Alabama, 36104 |

on this, the 13th day of July, 2006.

s/ Judy B. Van Heest
**OF COUNSEL**