IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. No.: 2:05cr279-DRB |
| ) | |
| KWAME D. PATRICK ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Kwame D. Patrick, after being first advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the July 17, 2006 trial docket and agrees that his trial may be continued until after that date.

RESPECTFULLY SUBMITTED this the 17th day of July, 2006.

_____
KWAME D. PATRICK
**Defendant**

s/ Judy B. Van Heest
**JUDY B. VAN HEEST [VANHJ8345]**
**Attorney for Defendant**

OF COUNSEL:
BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311     Telephone
(334) 834-5362     Facsimile
jvanheest@beersanderson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S WAIVER OF RIGHT TO SPEEDY TRIAL has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
U.S. Attorney's Office
PO Box 197
Montgomery, Al 36101-0197

Capt. Neal B. Frazier
Air University Legal
HO AU/JA
50 LeMay Plaza South
Maxwell AFB, Al 36112-6334

on this, the 17th day of July, 2006.

s/ Judy B. Van Heest
**OF COUNSEL**