IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. No.: 2:05cr279-DRB |
| | ) | |
| KWAME D. PATRICK | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE**

**COMES NOW**, the Defendant, Kwame Patrick, by and through undersigned Counsel, and at the request of all parties, moves this Honorable Court to continue the trial of the above-captioned case set for the term beginning September 11, 2006. As grounds therefore, Mr. Patrick would state as follows:

1. This case is set for a final adjudication on September 11, 2006.

2. Pre-Trial Services has conducted a Pre-Trial Diversion investigation in this matter. This investigation is in its final stages of completion and a formal report is being prepared. A continuance of the September 11, 2006 trial date will allow Pre-Trial Services to finalize its investigation.

3. The continuance of this trial to the next trial term will not prejudice either party, but will allow for the Pre-Trial Diversion process to be completed and will save this Honorable Court and the parties undue expense.

3. Counsel for the Plaintiff, Special Assistant United States Attorney Captain Neal Frazier and Assistant United States Attorney Kent Brunson, do not oppose this Motion to Continue.

4.  Defendant has been advised of the Speedy Trial Act. By the filing of this motion, Defendant knowingly waives his rights under the Speedy Trial Act should the resetting of the trial of this case violate the terms of said Act. Should the Court so require, Defendant is willing to sign such Waiver of the Speedy Trial Act.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Kwame Patrick prays this Honorable Court will issue an Order granting his Motion to Continue the trial of this matter currently set for September 11, 2006, to the next trial term.

**RESPECTFULLY SUBMITTED** this the 7th day of September, 2006.

s/ Judy B.Van Heest
**JUDY B. VAN HEEST [VANHJ8345]**
**Attorney for Defendant Kwame D. Patrick**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY, VAN HEEST & FAWAL  P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311       Telephone
(334) 834-5362       Facsimile
jvanheest@beersanderson.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE** has been served upon all parties to this action by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Capt. Neal B. Frazier | Kent B. Brunson, Esq. |
| Air University Legal | Assistant United States Attorney |
| HO AU/JA | United States Attorneys Office |
| 50 LeMay Plaza South | Post Office Box 197 |
| Maxwell AFB, Al 36112-6334 | Montgomery, Alabama, 36104 |

on this, the 7th day of September, 2006.

s/ Judy B. Van Heest
**OF COUNSEL**