IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-279-DRB |
| | ) | |
| KWAME D. PATRICK | ) | |

**ORDER ON MOTION**

    Upon consideration of the *Motion for Leave to Dismiss Information* as to Kwame D. Patrick (Doc. 23, filed September 21, 2006), and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this 26th day of September, 2006.

                                                   **/s/ Delores R. Boyd**
                                                   DELORES R. BOYD
                                                   UNITED STATES MAGISTRATE JUDGE

DISMISSAL OF INFORMATION

    Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to Kwame D. Patrick.

                                                     Respectfully submitted,

                                                     LEURA GARRETT CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Kent B. Brunson
                                                     KENT B. BRUNSON
                                                     One Court Street
                                                     Montgomery, Alabama 36104
                                                     Phone: (334) 223-7280
                                                     FAX: (334) 223-7135
                                                     kent.brunson@usdoj.gov